<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 09-7982**

───────────────

UNITED STATES OF AMERICA,

                 Plaintiff - Appellee,

        v.

CLIFF BERNARD RANDALL,

                 Defendant - Appellant.

───────────────

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Terry L. Wooten, District Judge.
(4:06-cr-00583-TLW-9)

───────────────

Submitted:  March 16, 2010         Decided:  March 23, 2010

───────────────

Before NIEMEYER, MOTZ, and DAVIS, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Cliff Bernard Randall, Appellant Pro Se.  Rose Mary Sheppard
Parham, Assistant United States Attorney, Florence, South
Carolina, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cliff Bernard Randall appeals the district court's order granting Randall's 18 U.S.C. § 3582(c)(2) (2006) motion for a reduction in sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Randall, No. 4:06-cr-00583-TLW-9 (D.S.C. filed Oct. 7, 2009, entered Oct. 8, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2